PER CURIAM.

(No. 75-CC-971— 

COMMONWEALTH EDISON COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MOTOR VEHICLES, Respondent.

*Opinion filed April 28, 1975.*

GEORGE O. SHAFFNER AND JOSEPH C. SIBLEY, JR., Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.